IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| OLIN CORPORATION, | ) |
| Plaintiff, | ) |
| vs. | ) Case No. 99-1127-CV-W-2 |
| THE UNITED STATES DEPARTMENT OF THE ARMY, | ) |
| Defendant. | ) |
| And | ) |
| ALLIANT TECHSYSTEMS, INC., | ) |
| Intervenor-Defendant. | ) |

**STIPULATION FOR DISMISSAL OF ACTION WITH
<u>PREJUDICE PURSUANT TO RULE 41</u>**

COME NOW Plaintiff Olin Corporation, Defendant The United States Department of the Army and Intervenor-Defendant Alliant Techsystems, Inc. and pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, hereby stipulate to the dismissal, with prejudice, of Plaintiff's Amended Complaint in this cause, and all counts thereof, with each party to bear its own costs and attorneys' fees.

HUSCH & EPPENBERGER, LLC


By: /s/ Joel K. Goldman
    Joel K. Goldman, #40453
    1200 Main Street, Suite 1700
    Kansas City, MO 64105
    Office: (816) 421-4800
    Fax No.: (816) 421-0596

    Alan Popkin, #19229
    David W. Sobelman, #32253
    David R. Dyroff, Jr., #38727
    100 North Broadway, Suite 1300
    St. Louis, MO 63102

Attorneys for Plaintiff


STEPHEN L. HILL, JR.
UNITED STATES ATTORNEY


By: /s/ Jerry L. Short
    Jerry L. Short
    Assistant United States Attorney
    Western District of Missouri
    Charles Evans Whittaker Courthouse
    400 E. Ninth St., Fifth Floor
    Kansas City, MO 64106

Attorney for Defendant United
States Department of the Army

POLSINELLI, WHITE,
VARDEMAN & SHALTON


By: /s/ Matthew R. Hale
   Matthew R. Hale
   Cathy J. Dean
   700 West 47th Street, Suite 1000
   Kansas City, MO  64112

Attorneys for Intervenor-Defendant
Alliant Techsystems, Inc.


**SO ORDERED**:

Date:  March __, 2000                _____
Kansas City, Missouri              Fernando J. Gaitan Jr.
                                                United States District Judge